THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Barbara S. and
 Thomas S., Respondents,
 
 
 
 
 

v.

 
 
 
 Kimberly G. and
 David W., Defendants.
 
 Of Whom David W.
 is the Appellant.
 
 
 In the Interest
 of B.W., a Minor Child under the age of 18. 
 
 
 
 
 

Appeal From Lexington County
  Richard W. Chewning, III, Family Court
Judge

Unpublished Opinion No. 2010-UP-044
 Submitted January 4, 2010  Filed January
26, 2010    

AFFIRMED

 
 
 
 Angela G. Strickland, of Columbia, for Appellant.
 Kenneth M. Mathews, of Columbia, for Respondents.
 Mollie DuPriest Taylor, of Columbia, for Guardian Ad Litem.
 
 
 

PER CURIAM: David W. appeals the family court's order
 terminating his parental rights to his minor child.  See S.C. Code Ann.
 § 63-7-2570 (2008).  Upon a thorough review of the record and the family
 court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling and grant
 counsel's motion to be relieved.   
AFFIRMED.[1]
WILLIAMS, KONDUROS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.